IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NORTHLAND CASUALTY COMPANY, a Connecticut Corporation,<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>  vs.<br><br>JOSEPH S. MULROY DBA YORLUM RANCH AND YORLUM RANCH LTD, NORTHWEST LOG HOMES LLC, and DUANE KEIM,<br><br>    Defendants,<br><br>JOSEPH S. MULROY,<br><br>    Counterclaimant and<br>    Third-Party Plaintiff,<br><br>  vs.<br><br>GLACIER INSURANCE OF LIBBY, INC., a Montana Corporation,<br><br>    Third-Party<br>    Defendant. | CV 13–232–M–DLC<br><br>JUDGMENT |

-1-

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and Counter-defendant Northland Casualty Company in accordance with the Order issued on today's date.

Dated this 11th day of January, 2019.

TYLER P. GILMAN, CLERK 

By: /s/ A.S. Goodwin

A.S. Goodwin, Deputy Clerk